IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| DOES, J.M. and N.M., Individually and as Parents and Next Friends of J.F. | PLAINTIFF |
| v. | Case No. 2:22-cv-00007 KGB |
| PALESTINE-WHEATLEY SCHOOL DISTRICT and JOHN ESTES, individually | DEFENDANTS |

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 9). The parties represent that following an October 6, 2022, mediation, they reached an agreement resolving all claims (*Id.*, ¶ 4). That agreement has "now [been] fully perform[ed]" (*Id.*, ¶ 5). As the motion accords with Rule 41 (a)(1)(ii), the Court grants the parties' request and dismisses with prejudice this case (Dkt. No. 9).

It is so ordered this 7th day of November, 2022.

Kristine G. Baker
United States District Judge